Same case below, 630 F.3d 1314.

**No. 10-10063. Irving Alvin Davis, Petitioner v. Texas.**

565 U.S. 830, 132 S. Ct. 128, 181 L. Ed. 2d 50, 2011 U.S. LEXIS 5382.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 329 S.W.3d 798.

**No. 10-10090. Pedro Sanchez-Zarate, aka Antonio Sanchez-Garcia, Petitioner v. United States.**

565 U.S. 830, 132 S. Ct. 128, 181 L. Ed. 2d 50, 2011 U.S. LEXIS 5243.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 399 Fed. Appx. 269.

**No. 10-10114. Daniel Saranchak, Petitioner v. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al.**

565 U.S. 831, 132 S. Ct. 128, 181 L. Ed. 2d 50, 2011 U.S. LEXIS 5735.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 616 F.3d 292.

**No. 10-10115. Donald W. Simms, Petitioner v. United States.**

565 U.S. 831, 132 S. Ct. 128, 181 L. Ed. 2d 50, 2011 U.S. LEXIS 5333.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 626 F.3d 966.

**No. 10-10132. Deciderio Marban-Calderon, Petitioner v. United States.**

565 U.S. 831, 132 S. Ct. 129, 181 L. Ed. 2d 50, 2011 U.S. LEXIS 5793.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 631 F.3d 210.

**No. 10-10141. Tommy Lee Ellis, Petitioner v. United States.**

565 U.S. 831, 132 S. Ct. 129, 181 L. Ed. 2d 50, 2011 U.S. LEXIS 5350.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 407 Fed. Appx. 333.

**No. 10-10150. Chukwujindu Victor Mbakpuo, Petitioner v. Committee on Admissions, District of Columbia Court of Appeals.**

565 U.S. 831, 132 S. Ct. 129, 181 L. Ed. 2d 50, 2011 U.S. LEXIS 5758.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.